UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00288-RJC
3:19-cr-00046-RJC-DSC-2

| | |
|---|---|
| **RAMON PERRY GIVENS,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's "Motion: 28 U.S.C. (2255)," [Doc. 1], which the Court construes as a Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U.S.C. § 2255.

The Court has conducted an initial screening of the petition under the Rules Governing § 2255 Proceedings, Rule 4(b) 28 U.S.C.A. foll. § 2255, and finds that the petition <u>has not been signed by Petitioner under penalty of perjury</u>, Rule 2(b)(5), 28 U.S.C.A. foll. § 2255 (motion to vacate must be signed under penalty of perjury "by the movant or by a person authorized to sign it for the movant"). Petitioner has also failed to use the proper form to submit his Motion to Vacate.

### **ORDER**

**IT IS THEREFORE ORDERED** that Petitioner shall complete and return his Motion to Vacate on the proper form, signed under penalty of perjury, within twenty (20) days of this Order and that failure to do so may result in dismissal of this action without prejudice.

The Clerk is respectfully instructed to mail Petitioner a blank Section 2255 form.

Signed: May 23, 2023

*[signature]*

Robert J. Conrad, Jr.
United States District Judge